

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-14-00062-CV

Steven **STAMPS** and Eva Stamps,
Appellants

v.

Alva Elia **RUIZ**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 12-08-11759-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before July 31, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court